THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 Raymond
 Johnson, Appellant,
 
 
 
 
 

v.

 
 
 
 
 Cale Yarborough
 Honda Mazda, Employer, and SC Automobile Dealers Assoc./The Randolph Hope
 Co., Carrier, Respondents.
 
 
 
 
 

Appeal From Florence County
Thomas A. Russo, Circuit Court Judge

Unpublished Opinion No. 2010-UP-109
 Submitted February 1, 2010  Filed
February 8, 2010    

APPEAL DISMISSED

 
 
 
 Raymond Johnson, pro se, of
 Florence, for Appellant.
 Louise Elaine Mozingo, of
 Camden, for Respondents.
 
 
 

PER CURIAM:  In this workers' compensation case, Raymond Johnson
 appeals the circuit court's order reversing the decision of the Appellate Panel
 of the Workers' Compensation Commission in part.  We dismiss this appeal[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities: Curtis v.
 State, 345 S.C. 557, 567, 549 S.E.2d 591, 596 (2001) ("An appellate
 court will not pass on moot and academic questions or make an adjudication
 where there remains no actual controversy."); Byrd
 v. Irmo High Sch., 321 S.C. 426, 431, 468 S.E.2d 861, 864 (1996) (quoting Mathis
 v. S.C. State Highway Dep't, 260 S.C. 344, 346, 195 S.E.2d 713, 715 (1973))
 ("Mootness has been defined as follows: 'A case becomes moot when
 judgment, if rendered, will have no practical legal effect upon existing
 controversy.  This is true when some event occurs making it impossible for the
 reviewing Court to grant effectual relief.'"); Gainey v. Gainey,
 279 S.C. 68, 69, 301 S.E.2d 763, 764 (1983) ("This Court will not issue advisory opinions
 on questions for which no meaningful relief can be granted.").
APPEAL DISMISSED.
HUFF, THOMAS, and
 KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.